James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Email: jmwood@reedsmith.com
        cdavies@reedsmith.com
        nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832
Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACON, JAMES; C-06-1183 SBA | Before the Honorable Sandra Brown Armstrong |
| BARFIELD, DANTE; C-06-1048 SBA | **ORDER VACATING CASE MANAGEMENT CONFERENCE FOR 47 ZYPREXA® CASES BEFORE JUDGE SANDRA BROWN ARMSTRONG** |
| BLUMENSCHEIN, HAZEL; C-06-1038 SBA | |
| BOHONIK, BORYS; C-06-1560 SBA | Conference Date:   June 14, 2006 |
| BROWNE, DRANOEL E.; C-06-1496 SBA | Conference Time:   2:45 p.m. |
| BURKLEY, MAXINE; C-06-1197 SBA | Location:            Telephonic Appearance. |
| CAMPBELL, ROBERT; C-06-1243 SBA | |
| CARMACK, GEORGE; C-06-0893 SBA | |
| CARROLL, DAVID R.; C-06-1461 SBA | |
| CARSON, PAMELA AND SIDNEY; C-06-0973 SBA | |
| CHENGER, JOHN S. AND MARY G. CHENGER; C-06-1455 SBA | |
| COOK, DENINE; C-05-5292 SBA | |

– 1 –

DOCSOAK-9830897.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  COSSICK, WILLIAM; C-06-1181 SBA

2  DELOACH, MENSENIA E.; C-06-1325 SBA

3  EWELL, TORITHA D.; C-06-1694 SBA

4  FORBES, SANDRA J.; C-06-1450 SBA

5
6  FRAUSTO, KIMBERLY AND JESSE; C-06-1189 SBA

7  GINN, JERRY LEE AND JUDITH ANN
8  NADLE; C-06-0008 SBA

9  GRILLOT, PATRICIA; C-06-0974 SBA

10 GUY, MARCUS L.; C-06-1569 SBA

11 HALL BONNIE AND HOWARD J. HALL; C-
12 06-1272 SBA

13 HANSON, MANFORD; C-06-1107 SBA

14 HOFFMAN, ROSA A. AND KENNETH W.
15 JR.,; C-06-1271 SBA

16 HOLLIS, IDA L.; C-06-1452 SBA

17 JONES HAYMAN, TRACY L.; C-06-1704 SBA

18 KELLY, JAMES AND TAMMY,; C-05-5151
19 SBA

20 LAVAS, SHARON; C-06-1157 SBA

21 LEMKE, DANIEL; C-06-0977 SBA

22 LINN, LINDA R.; C-06-1338 SBA

23 LUTHY, JOHN; C-06-1030 SBA

24
25 MALAYECO, FERN; C-06-1173 SBA

26 MARTORANA, LINDA; C-06-1167 SBA

27 MEYER, JAMES AND MARTHA; C-06-1022
28 SBA

– 2 –

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

MURNIN, MICHAEL F. AND PATRICIA; C-06-1456 SBA

O'NEIL, TIMOTHY; C-05-5099 SBA

PORTER, E.L. AND RUTH E.; C-06-0985 SBA

SCHULTZ, GARY AND LUCINDA; C-06-1115 SBA

SEIGENFUSE, BETH M.; C-06-1372 SBA

SENSENIG, DAVID; C-06-0250 SBA

SEWELL, MARK; C-05-5148 SBA

SHOWS, PATSY; C-06-0954 SBA

SMILEY-HARRIS, ALBERTA; C-05-5291 SBA

TAYLOR, ANNA AND DENNIS; C-06-1059 SBA

TRUITT, EDWARD; C-06-1539 SBA

VERES, DOLORES L., et al.; C-06-1324 SBA

WELDON, FRANCES A. AND CHARLES; C-06-1378 SBA

YOUNG, FRANK J.; C-06-1471 SBA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9830897.1

1

2

For the reasons set forth in the Joint Case Management Conference Statement concerning the

May 1, 2006 Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation,

3

4

5

IT IS HEREBY ORDERED THAT all of the above-captioned actions are STAYED in their

entirety pending transfer.  All dates and deadlines established in this matter, including the June 14,

2006 Case Management Conference, are VACATED.

6

7

8

9

IT IS FURTHER ORDERED THAT Counsel for Eli Lilly and Company shall promptly

inform the Court in writing of the status of the above-captioned cases no later than ten (10) days

after the Panel issues any further rulings pertaining to these cases.

10

11

IT IS SO ORDERED

12

DATED: 6/2/06

13

14

_____

The Honorable Sandra Brown Armstrong

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong